UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN VENTURA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. C15-980-RBL-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 23.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall conduct a new hearing, further develop the record and issue a new decision; further evaluate the medical evidence, including the medical opinion from Shelby Hein, M.D.; further evaluate plaintiff's maximum residual functional

1  capacity; and continue the sequential evaluation process, including obtaining supplemental
2  vocational expert evidence, as necessary.
3      Upon proper application, the Court will consider whether reasonable attorney's fees and
4  costs should be awarded pursuant to 28 U.S.C. § 2412.
5      Because the parties have stipulated that the case be remanded as set forth above, the
6  Court recommends that United States District Judge Ronald B. Leighton immediately approve
7  this Report and Recommendation.  The Clerk should note the matter for **January 7, 2016** as
8  ready for Judge Leighton's consideration.  A proposed order accompanies this Report and
9  Recommendation.
10      DATED this 7th day of January, 2016.

*[signature]*

JAMES P. DONOHUE
Chief United States Magistrate Judge